LawHelp.org | Find free legal help and information about your legal rights from nonprofit legal aid providers in your state

Case 1:15-cv-09388-GBD   Document 39   Filed 06/08/16   Page 1 of 1



Cited in Arias v Gutman
15cv09388 Decided 6/8/16
Archived on 6/20/16
This document is protected by copyright.
Further reproduction is prohibited without permission.