**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

FRANKLIN ARIAS,                                  :

                  Plaintiff,          :

    -against-                                   :          **ORDER OF REFERENCE**

                             :          <u>TO A MAGISTRATE JUDGE</u>

GUTMAN MINTZ BAKER &amp;                            :
SONNENFELDT PC and                              :          15 Civ. 9388 (GBD) (KHP)
1700 DEVELOPMENT CO. (1500), INC.,              :

               Defendants.          :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

GEORGE B. DANIELS, United States District Judge:

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

| | |
|---|---|
| <u>X</u>   General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | \_\_\_  Consent under 28 U.S.C. §636(c) for all purposes (including trial) |
| \_\_\_  Specific Non-Dispositive Motion/Dispute:<br><br>Discovery Dispute (ECF No. 25)<br><br>   *If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____ | \_\_\_  Consent under 28 U.S.C.§636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)<br><br>Purpose:_____<br><br>\_\_\_  Habeas Corpus |
| <u>X</u>   Settlement | \_\_\_  Social Security |
| \_\_\_  Inquest After Default/Damages Hearing | \_\_\_  Dispositive Motion (i.e., motion requiring a Report and Recommendation)<br><br>All such motions:\_\_\_ |

Dated: <u>December 7, 2017</u>

SO ORDERED.

*George B. Daniels*
United States District Judge