USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/08/2017

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

FRANKLIN ARIAS,

                            Plaintiff,

      -against-

GUTMAN, MINTZ, BAKER & SONNENFELDT LLP,
1700 DEVELOPMENT CO., (1500), INC.,

                          Defendants.

----------------------------------------------------------------X

**ORDER SCHEDULING TELEPHONE CONFERENCE**

**1:15-cv-9388 (GBD)(KHP)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      This case has been referred to me for general pretrial (docket no. 42). A telephone conference will be held on **Thursday, January 11, 2018 at 2:45 p.m.** in advance of a settlement conference. The parties are directed to review Judge Parker's Individual Practices at http://nysd.uscourts.gov/judge/Parker concerning settlement conferences in advance of the call. Counsel for the parties are directed to call Judge Parker's Chambers on **Thursday, January 11, 2018 at 2:45 p.m.** with counsel for all parties on the line. Please dial 212-805-0234.

      SO ORDERED.

Dated: December 8, 2017
       New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge